IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-CV-01225-MSK-BNB

MALIK M. HASAN, M.D.,

    Plaintiff,

v.

GOLDMAN SACH 1999 EXCHANGE PLACE FUND, L.P., a Delaware limited partnership,
GOLDMAN SACHS MANAGEMENT PARTNERS, L.P., a Delaware limited partnership,
GOLDMAN SACHS MANAGEMENT, INC., a Delaware corporation,
THE GOLDMAN SACHS GROUP, INC., a Delaware corporation, and
GOLDMAN, SACHS & CO., a New York limited partnership,

    Defendants.

---

### ORDER RESCHEDULING BENCH TRIAL TO SEPTEMBER 21, 2005

---

The two (2) day bench trial in this matter has been rescheduled for **September 21, 2005** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*
                        Marcia S. Krieger
                        United States District Judge