IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01225-MSK-BNB
(Consolidated with 04-cv-01226-MSK-BNB)

MALIK M. HASAN, M.D., an individual, and
SEEME G. HASAN, an individual,

Plaintiffs,

v.

GOLDMAN SACH 1998 EXCHANGE PLACE FUND, LP, a Delaware limited partnership,
GOLDMAN SACH 1999 EXCHANGE PLACE FUND, LP, a Delaware limited partnership,
GOLDMAN SACHS MANAGEMENT PARTNERS, LP, a Delaware limited partnership,
GOLDMAN SACHS MANAGEMENT, INC., a Delaware corporation,
THE GOLDMAN SACHS GROUP, INC., a Delaware corporation,
GOLDMAN, SACHS & CO., a New York limited partnership,
JOHN DOES 1-100, individual persons whose true identities are unknown, and
LENDER PARTIES 1-100, business entities whose true identities are unknown,

Defendants.
_____

**ORDER**
_____

This matter is before me on **The Named Defendants' Motion to Compel Access to Documents for Nondestructive Inspection and Testing** (the "Motion to Compel"), filed July 26, 2005. I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED.

IT IS FURTHER ORDERED that the plaintiffs' request for costs incurred in attending the inspection is DENIED.

Dated August 5, 2005.

                                          BY THE COURT:

                                          /s/ Boyd N. Boland
                                          United States Magistrate Judge