IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01225-MSK-BNB

MALIK M. HASAN, M.D., an individual; and
SEEME G. HASAN, an individual,

    Plaintiff,

v.

GOLDMAN SACH 1999 EXCHANGE PLACE FUND, L.P., a Delaware limited partnership;
GOLDMAN SACHS MANAGEMENT PARTNERS, L.P., a Delaware limited partnership;
GOLDMAN SACHS MANAGEMENT, INC., a Delaware corporation;
THE GOLDMAN SACHS GROUP, INC., a Delaware corporation;
GOLDMAN, SACHS & CO., a New York limited partnership;
JOHN DOES 1-100, individual persons whose true identities are unknown; and
LENDER PARTIES 1-100, business entities whose true identities are unknown,

    Defendants.

---

**ORDER RESCHEDULING BENCH TRIAL**

---

The two (2) day bench trial in this matter has been rescheduled for **November 9, 2005 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 16th day of September, 2005.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        _____

Marcia S. Krieger
United States District Judge