IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01225-MSK-BNB
(Consolidated with 04-cv-01226-MSK-BNB)

MALIK M. HASAN, M.D., an individual, and
SEEME G. HASAN, an individual,

Plaintiffs,

v.

GOLDMAN SACHS 1998 EXCHANGE PLACE FUND, LP, a Delaware limited partnership,
GOLDMAN SACHS 1999 EXCHANGE PLACE FUND, LP, a Delaware limited partnership,
GOLDMAN SACHS MANAGEMENT PARTNERS, LP, a Delaware limited partnership,
GOLDMAN SACHS MANAGEMENT, INC., a Delaware corporation,
THE GOLDMAN SACHS GROUP, INC., a Delaware corporation,
GOLDMAN, SACHS & CO., a New York limited partnership,
JOHN DOES 1-100, individual persons whose true identities are unknown, and
LENDER PARTIES 1-100, business entities whose true identities are unknown,

Defendants.
_____

**ORDER**
_____

This matter is before me on three motions:

(1) Plaintiffs' **Motion to Compel Production of Documents With D.C.COLO.LCivR 7.1 Certificate** (the "Motion to Compel Production"), filed September 23, 2005;

(2) Plaintiffs' **Motion for Order Authorizing Conduct of Depositions of Gordon M. Binder and Eric Lane, and Request for Expedited Consideration and Consolidation With Other Matters To Be Heard By Magistrate [Judge] on October 24, 2005** (the "Motion to Compel Depositions"), filed October 17, 2005; and

(3)     **The Named Defendants' Motion for Protective Order** (the "Motion for Protective Order"), filed October 19, 2005.

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel Production is GRANTED to require the Named Defendants to produce an unredacted copy of the document attached as Attachment B to the Motion to Compel Production. The document shall be produced on or before **October 28, 2005**. The Motion to Compel is DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion to Compel Depositions is GRANTED to allow the deposition of Gordon Binder, to occur on or before **November 4, 2005**. The Motion to Compel is DENIED with respect to the requested deposition of Eric Lane.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED.

IT IS FURTHER ORDERED that the parties' request to allow the deposition of Mr. Sandler is GRANTED. The deposition of Mr. Sandler also shall be completed on or before **November 4, 2005**.

Dated October 24, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge